Form 3015-1 - Chapter 13 Plan

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA THIRD DIVISION**

In re:
JANICE L OESTREICH

**MODIFIED**
**CHAPTER 13 PLAN**

Dated: November 18, 2015

DEBTOR

Case No. 15-32418

*In a joint case,*
*debtor means debtors in this plan.*

1. **DEBTOR'S PAYMENTS TO THE TRUSTEE** —
   a. As of the date of this plan, the debtor has paid the trustee $ 0.00.
   b. After the date of this plan, the debtor will pay the trustee $ 375.00 per month for 60 months beginning July 2015 for a total of $ 22,500.00. The minimum plan payment length is  X  36 or __ 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.
   c. The debtor will also pay the trustee __
   d. The debtor will pay the trustee a total of $ 22,500.00  [line 1(a) + line 1(b) + line 1(c)].

2. **PAYMENTS BY TRUSTEE** — The trustee will pay from available funds only creditors for which proof of claim have been filed. The trustee may collect a fee of up to 10% of plan payments, or $ 2,250.00 , [line 1(d) x .10].

3. **ADEQUATE PROTECTION PAYMENTS [§ 1326(a)(1)(C)]** — The trustee will promptly pay from available funds adequate protection payments to creditors holding allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

|   | *Creditor* | *Monthly Payment* | *Number of Months* | *Total Payments* |
|---|---|---|---|---|
| a. | Affinity Plus Federal Credit Union | $ 48.00 | 3 | $ 144.00 |
| b. | TOTAL | | | $ 144.00 |

4. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365]** — The debtor assumes the following executory contracts or unexpired leases. Cure provisions, if any, are set forth in ¶ 7.

| *Creditor* | *Description of Property* |
|---|---|
| -NONE- | |

5. **CLAIMS NOT IN DEFAULT** — Payments on the following claims are current and the debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any.

|   | *Creditor* | *Description of Property* |
|---|---|---|
| a. | Affinity Plus Federal Credit Union | Homestead |

6. **HOME MORTGAGES IN DEFAULT [§ 1322(b)(5) and § 1322(e)]** — The trustee will cure defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens. *All following entries are estimates.* The trustee will pay the actual amounts of default.

|   | *Creditor* | *Amount of Default* | *Monthly Payment* | *Beginning in Month #* | *Number of Payments* | *TOTAL PAYMENTS* |
|---|---|---|---|---|---|---|
| a. | Caliber Home Loans | $ 367.00 | $ 20.00 | 19 | 19 | $ 367.00 |
| b. | TOTAL | | | | | $ 367.00 |

7. **CLAIMS IN DEFAULT [§ 1322 (b)(3) and (5) and § 1322(e) ]** — The trustee will cure defaults on the following claims as set forth below. The debtor will pay for the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any. *All following entries are estimates, except for interest rate.*

|   | *Creditor* | *Amount of Default* | *Int. rate (if applicable)* | *Monthly Payment* | *Beginning in Month #* | *Number of Payments* | *TOTAL PAYMENTS* |
|---|---|---|---|---|---|---|---|
|   | -NONE- | $ | | $ | | | $ |
| a. | TOTAL | | | | | | $ 0.00 |

8. **OTHER SECURED CLAIMS; SECURED CLAIM AMOUNT IN PLAN CONTROLS [§ 1325(a)(5)]** — The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column, below. The creditors will retain liens securing the allowed claims until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge. NOTWITHSTANDING A CREDITOR'S PROOF OF CLAIM FILED BEFORE OR AFTER CONFIRMATION, THE AMOUNT LISTED IN THIS PARAGRAPH AS A CREDITOR'S SECURED CLAIM BINDS THE CREDITOR PURSUANT TO 11 U.S.C. § 1327, AND CONFIRMATION OF THE PLAN IS A DETERMINATION OF THE CREDITOR'S ALLOWED SECURED CLAIM.

|   | Creditor | Claim Amount | Secured Claim | Int. Rate | Beg. in Mo. # | (Monthly Pmnts) | x (No. of Pmnts) = | Pmnts on Account of Claim | + (Adq. Prot. from ¶ 3) = | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| a. | Minn Dept of Revenue | $3,546.00 | $3,546.00 | 10 | 4 | $100.00 | 43 | $4,221.00 | $0.00 | $4,221.00 |
| b. | Affinity Plus Federal Credit Union - VISA | $7,105.00 | $289.00 | 4 | 4 | $20.00 | 15 | $297.00 | $0.00 | $297.00 |
| c. | Affinity Plus Federal Credit Union - L9 | $4,836.00 | $4,836.00 | 4 | 4 | $150.00 | 35 | $5,125.00 | $144.00 | $5,269.00 |
| d. | TOTAL | | | | | | | | $ | 9,787.00 |

9. **PRIORITY CLAIMS** — The trustee will pay in full all claims entitled to priority under § 507, including the following. *The amounts listed are estimates.* The trustee will pay the amounts actually allowed.

|   | Creditor | Estimated Claim | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| a. | Attorney Fees | $3,000.00 | $289.00 / 67.00 | 1 / 4 | 3 / 32 | $3,000.00 |
| b. | Internal Revenue Service | $6,165.00 | pro rata | | | $6,165.00 |
| c. | Minn Dept of Revenu | $526.00 | pro rata | | | $526.00 |
| d. | TOTAL | | | | | $9,691.00 |

10. **SEPARATE CLASSES OF UNSECURED CREDITORS** — In addition to the class of unsecured creditors specified in ¶ 11, there shall be separate classes of non-priority unsecured creditors described as follows: _-NONE-_
The trustee will pay the allowed claims of the following creditors. *All entries below are estimates.*

|   | Creditor | Interest Rate (if any) | Claim Amount | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|---|
|   | -NONE- | | | | | | $ |
| a. | TOTAL | | | | | | $0.00 |

11. **TIMELY FILED UNSECURED CREDITORS** — The trustee will pay holders of nonpriority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under ¶ 2, 3, 6, 7, 8, 9 and 10 their pro rata share of approximately $ 405.00 [line 1(d) minus lines 2, 6(a), 7(a), 8(a), 9(j) and 10(a)].

    a. The debtor estimates that the total unsecured claims held by creditors listed in ¶ 8 are $ 6,816.00 .

    b. The debtor estimates that the debtor's total unsecured claims (excluding those in ¶ 8 and ¶ 10) are $ 8,204.00 .

    c. Total estimated unsecured claims are $ 15,020.00 [line 11(a) + line 11(b)].

12. **TARDILY-FILED UNSECURED CREDITORS** — All money paid by the debtor to the trustee under ¶ 1, but not distributed by the trustee under ¶ 2, 3, 6, 7, 8, 9, 10 or 11 will be paid to holders of nonpriority unsecured claims for which proofs of claim were tardily filed.

13. **OTHER PROVISIONS** — The trustee may distribute additional sums not expressly provided for herein at the trustee's discretion.

    The debtor shall surrender the timeshare to Telemark Interval Owners Association in full satisfaction of the secured claim. The creditor may amend its proof of claim for any deficiency balance.  Any amount not paid shall be discharged upon the debtor receiving a discharge in this case.

    The Debtors shall send the Trustee each year during the Chapter 13 Plan copies of their federal and state income tax returns at the time they are filed. The Debtors shall also promptly report to the Trustee the receipt of any state and federal tax refunds for the duration of this Chapter 13 case and shall be entitled to retain the first $1,200 plus any earned income credit (EIC). Any remaining amounts shall be turned over to the Chapter 13 Trustee as additional plan payments.

**14. SUMMARY OF PAYMENTS** —

| | | |
|---|---|---:|
| Trustee's Fee [Line 2] | $ | 2,250.00 |
| Home Mortgage Defaults [Line 6(a)] | $ | 367.00 |
| Claims in Default [Line 7(a)] | $ | 0.00 |
| Other Secured Claims [Line 8(b)] | $ | 9,787.00 |
| Priority Claims [Line 9(j)] | $ | 9,691.00 |
| Separate Classes [Line 10(a)] | $ | 0.00 |
| Unsecured Creditors [Line 11] | $ | 405.00 |
| **TOTAL [must equal Line 1(d)]** | $ | 22,500.00 |

*Insert Name, Address, Telephone and License Number of Debtor's Attorney:*
Robert J. Hoglund 210997
Hoglund, Chwialkowski & Mrozik P.L.L.C
1781 West County Road B
PO Box 130938
Roseville, MN 55113
(651) 628-9929
210997

Signed    /s/ JANICE L OESTREICH
JANICE L OESTREICH
DEBTOR

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bkry Case No: 15-32418 |
| Janice A. Oestreich, | Chapter 13 |
| Debtor(s). | |

**NOTICE OF FILING MODIFIED CHAPTER 13 PLAN PRIOR TO CONFIRMATION**

TO:  ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that the debtor(s), pursuant to Local Rule 3015-2(a) have filed the attached modified Chapter 13 Plan.  The Hearing on Confirmation of the Modified Plan is scheduled for January 14, 2016 at 10:00 a.m. in United States Bankruptcy Court, Courtroom 2C, Second Floor, 316 North Robert Street, St Paul, Minnesota.

Any objection to this Modified Plan must be served by delivery not later than 24 hours prior to the time and date set for the confirmation hearing or mailed not later than three days prior to the date set for the confirmation hearing.

Dated: December 3, 2015

HOGLUND, CHWIALKOWSKI & MROZIK, PLLC
Signed: /e/ ***Robert J. Hoglund***

| | |
|---|---|
| Robert J. Hoglund | #210997 |
| Keith Chwialkowski | #210134 |
| Marie F. Martin | #287040 |
| Jeffrey J. Bursell | #293362 |
| Kristen M. Whelchel | #339866 |

Attorney for Debtor(s)
1781 West County Road B
P.O. Box 130938
Roseville, Minnesota 55113
Telephone Number: (651) 628-9929

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Bkry Case No: 15-32418 |
| Janice A. Oestreich, | Chapter 13 |
| | |
| Debtor(s). | **UNSWORN CERTIFICATE OF SERVICE** |

I, Melissa S. Matthews, employed by Hoglund, Chwialkowski & Mrozik, PLLC, attorneys licensed to practice law in this Court, with office address of 1781 West County Road B, Roseville, Minnesota 55113, declare that on December 3, 2015, I served the Modified Chapter 13 Plan and Notice of Filing Modified Plan Prior to Confirmation to each of the entities named below by first class mail postage prepaid and to any entities who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System:

Janice A. Oestreich
1982 Cricket Circle
Mora, MN 55051

And to all creditors/parties in interest listed on matrix (see attached)

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: December 3, 2015

Signed: /s/ Melissa S. Matthews
        Paralegal

| | | |
|---|---|---|
| ACS<br>PO BOX 371821<br>PITTSBURGH PA 15250-7821 | AFFINITY PLUS FEDERAL CREDIT UNION<br>PO BOX 660493<br>DALLAS TX 75266-0493 | AFFINITY PLUS FEDERAL CREDIT UNION VISA<br>PO BOX 660493<br>DALLAS TX 75266-0493 |
| BAUER & HOHLEN PA<br>237 SW 2ND AVE STE 240<br>CAMBRIDGE MN 55008 | CALIBER HOME LOANS<br>PO BOX 619063<br>DALLAS TX 75261-9063 | CAMBRIDGE MEDICAL CENTER<br>701 S DELLWOOD<br>CAMBRIDGE MN 55008 |
| FEDERATED COOP<br>502 S 2ND ST<br>PRINCETON MN 55371 | FIRSTLIGHT HEALTH SYSTEM<br>301 HWY 65 SOUTH<br>MORA MN 55051 | HSN<br>PO BOX 182118<br>COLUMBUS OH 43218-2118 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVICE<br>30 E 7TH ST STE 1222<br>MAIL STOP 5700<br>SAINT PAUL MN 55101 | KOHLS<br>PO BOX 2983<br>MILWAUKEE WI 53201 |
| MN DEPT OF REVENUE<br>551 BKCY SECTION CEU DEPT<br>PO BOX 64447<br>SAINT PAUL MN 55164 | MONSON'S RAPID ROLL-OFF SERVICE<br>1472 210TH AVE<br>OGILVIE MN 56358 | RELIANCE RECOVERIES<br>PO BOX 29227<br>MINNEAPOLIS MN 55429-0227 |
| RELIANCE RECOVERIES<br>6160 SUMMIT DR STE 420<br>BROOKLYN CENTER MN 55430-2149 | SPIRE FEDERAL CREDIT UNION<br>PO BOX 131450<br>ROSEVILLE MN 55113-0013 | TELEMARK INTERVAL OWNERS ASSOCIATION<br>PO BOX 609<br>CABLE WI 54821 |
| UNITY HOSPITAL<br>PO BOX 9125<br>MINNEAPOLIS MN 55480-9125 | Klatt, Augustine, Sayer, Treinen & Rastede<br>Caliber Home Loans<br>229 Jackson Street Suite 133<br>Anoka, MN 55303 | Caliber Home loans<br>13801 Wireless Way<br>Oklahoma City, OK 73134-2500 |
| Affinity Plus Federal Credit Union<br>Attn Bankruptcy Department<br>175 W Lafayette Frontage Road<br>Saint Paul, MN 55107-1400 | Affinity Plus Federal Credit Union<br>Attn Tei Paasonen<br>175 W Lafayette Frontage Road<br>Saint Paul, MN 55107-1400 | BAUER & HOHLEN PC<br>237 SW 2ND AVE STE 240<br>CAMBRIDGE MN 55008 |
| Capital One NA<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | FIRSTLIGHT HEALTH SYSTEM<br>MARY TRAMM<br>301 HWY 65 SOUTH<br>MORA MN 55051 | Goal Structured Solutions TR 2015-1 on behalf<br>Educational Credit Management Corp<br>c/o Educational Credit Management Corp<br>PO Box 16408<br>St Paul, MN 55116-0408 |

| | | |
|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO box 7346<br>Philadelphia, PA 19101-7346 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Spire Federal Credit Union<br>2025 Larpenteur Ave West<br>Falcon Heights, MN 55113-5512 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:  Bankruptcy Case Number: 15-32418

Janice L. Oestreich,

**SIGNATURE DECLARATION**

Debtor(s).

---

( ) PETITION, SCHEDULES & STATEMENTS
( ) CHAPTER 13 PLAN
( ) SCHEDULES & STATEMENTS ACCOMPANYING VERIFIED CONVERSION
(X) AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
(X) MODIFIED CHAPTER 13 PLAN/MOTION FOR HEARING
( ) OTHER: (Please describe)
(X) **VERIFICATION:** I (we), Janice L. Oestreich, debtor(s) named in the attached amended schedules and modified Chapter 13 Plan, declare under penalty of perjury that the foregoing is true and correct.

I (We) Janice L. Oestreich, the undersigned debtor(s) or authorized individual, *hereby declare under penalty of perjury* that the information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct. I consent to my attorney electronically filing my petition, a scanned image of this declaration, statements, and schedules, amendments, and/or chapter 13 plan, as indicated above, with the United States Bankruptcy Court. I understand that a scanned image of this declaration is to be converted to PDF, and either inserted as the last page in the electronic submission or electronically submitted within five days after the above-named document have been electronically submitted.

[ ] (If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under Chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

[ ] (If petitioner is a corporation or partnership) I declare under penalty of perjury that the information provided in the petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

Date: 11-25-2015

*/s/ Janice L. Oestreich*
Signature of Debtor or Authorized Individual        Signature of Joint Debtor

Janice L. Oestreich
Printed Name of Debtor or Authorized Individual     Printed Name of Joint Debtor

HOGLUND, CHWIALKOWSKI & MROZIK, P.L.L.C.

Signed: */e/ Robert J. Hoglund*
Robert J. Hoglund     #210997
1781 West County Road B
P.O. Box 130938
Roseville, Minnesota 55113
Telephone Number: (651) 628-9929